CLAMAN, Respondent, v. CLAMAN, Appellant. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Max Claman against Morris Claman. H. S. Mansfield, of New York City, for appellant. C. B. Ruskay, of New York City, for respond-

ent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 144 App. Div. 934, 129 N. Y. Supp. 1116.